1
 Netflix, Inc., Petitioner v. Department of Revenue of the State of Colorado and Heidi Humphreys, in her official capacity as the Executive Director of the Department of Revenue of the State of Colorado. Respondents No. 25SC629Supreme Court of Colorado, En BancMarch 30, 2026
           Court
 of Appeals Case No. 24CA1019
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 Colorado's tax on retail sales of "tangible personal
 property" - defined since 1935 as "corporeal
 personal property" - encompasses Netflix's streaming
 service. C.R.S. §§ 39-26-102(15)(a)(I),
 39-26-104(1)(a).